**Linda KALMBACH; et al, Plaintiffs,**

**Linda Kalmbach and Douglas O. Crewse, Plaintiffs–AppellantS,**

v.

**AT & T BROADBAND, LLC n/k/a Comcast Phone of Texas, LLC, Defendant–Appellee.**

No. 04–10371.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 3, 2004.

W.D. Masterson, Dorothy Elizabeth Masterson, Kilgore & Kilgore, Dallas, TX, Plaintiffs–Appellants.

Jeffrey M. Goldfarb, Akin Gump Strauss Hauer & Feld, Dallas, TX, for Defendant–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

---

PER CURIAM: *

Plaintiff–Appellants Linda Kalmbach and Douglas Crewse appeal the district court's grant of Defendant–Appellee AT & T Broadband's motion for judgment as a matter of law under Fed.R.Civ.P. 50(a)(1) on the issue of mental anguish damages for their claims of fraud and violations of the Texas Deceptive Trade Practice Act. TEX. BUS. & COMM.CODE § 17.50(b)(1). The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.